IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ROSIE WOODS,                                                    Plaintiff

v.                              2:12CV00156 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                        Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 12th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE